IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Kelly E. Gindi, | C/A No.: 0:12-1215-JFA |
| Plaintiff, | |
| v. | ORDER |
| Strategic Outsourcing, Inc., | |
| Defendant. | |

Plaintiff Kelly E. Gindi (Gindi) brings the above-captioned case against her former employer, Strategic Outsourcing, Inc. (Strategic). In her complaint, Gindi asserts a claim of pregnancy discrimination pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.* This matter is before the court on Strategic's motion to dismiss under FED. R. CIV. P. 12(b)(6) and on Gindi's motion to amend her complaint. *See* ECF Nos. 7, 12.

The Magistrate Judge assigned to this action[1] has prepared a Report and Recommendation wherein she recommends that the court grant, in part, and deny, in part, Gindi's motion to amend her complaint and that the court deny as moot Strategic's motion to dismiss. The Report and Recommendation sets forth the relevant facts and standards of law on this matter, and the court incorporates such without a recitation.

Gindi was advised of her right to file objections to the Report and Recommendation, which was entered on the docket on November 15, 2012. However, Gindi did not file any

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of those portions of the Report to which specific objection is made and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1).

1

objections. In the absence of specific objections to the Report of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

After carefully reviewing the applicable laws, the record in this case, and the Report and Recommendation, this court finds the Magistrate Judge's recommendation fairly and accurately summarizes the facts and applies the correct principles of law. The Report is incorporated herein by reference in its entirety.

Accordingly, Gindi's motion to amend her complaint is granted as to her pregnancy discrimination claim and denied to the extent she seeks to add a retaliation claim. Also, because the court grants, in part, Gindi's motion to amend her complaint, Strategic's motion to dismiss is denied as moot.

IT IS SO ORDERED.

March 18, 2013  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge

2